# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
### EASTERN DIVISION

| | | |
|---|---|---|
| **NICHOLAS O'NEIL**, on behalf of himself and others similarly situated, | : : : | CASE NO. 2:20-cv-4034 |
| Plaintiff, | : : | JUDGE MICHAEL H. WATSON |
| v. | : : : | MAGISTRATE JUDGE CHELSEY M. VASCURA |
| **MILLER PIPELINE, LLC**, | : : | **JOINT MOTION TO FILE** |
| Defendant. | : : | **JOINT STIPULATION OF SETTLEMENT IN REDACTED FORM** |

Plaintiff Nicholas O'Neil, on behalf of himself and other similarly situated, and Defendant Miller Pipeline, LLC (collectively the "Parties") have reached a settlement of the above-captioned matter and intend to file a Joint Motion for Approval of Settlement, with accompanying exhibits to include the parties' Joint Stipulation of Settlement and Release (the "Joint Stipulation").

To protect the monetary terms of that settlement, which the parties deem confidential, the Parties respectfully move for an Order permitting them to file the Joint Stipulation with monetary terms redacted. Along with that filing, the Parties would submit an unredacted version of the Joint Stipulation by email to the Court's chambers, which would permit the Court to conduct its required review of those terms to issue final approval of the settlement.

| | |
|---|---|
| */s/ Matthew J.P. Coffman* | */s/ Monica L. Lacks* |
| Matthew J.P. Coffman (0085586) | Rebecca J. Bennett (0069566) |
| Adam C. Gedling (0085256) | Monica L. Lacks (0078649) |
| Coffman Legal, LLC | Ogletree, Deakins, Nash, Smoak & Stewart, P.C. |
| 1550 Old Henderson Rd. | Key Tower |
| Suite 126 | 127 Public Square, Suite 4100 |
| Columbus, OH 43220 | Cleveland, OH 44114 |
| 614.949.1181 | 216-241-6100 |
| 614.386.9964 (Fax) | 216-357-4733 (FAX) |
| mcoffman@mcoffmanlegal.com | rebecca.bennett@ogletree.com |
| | monica.lacks@ogletree.com |
| *Attorneys for Plaintiff and others similarly situated* | *Attorneys for Defendant* |

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 12, 2021 a copy of the foregoing was electronically filed with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

                                        */s/ Monica Lacks*
                                        *Attorney for Defendant*

48707644.3